**Johnny Wayne GAY, Petitioner—
Appellant,**

v.

**John J. LAMANNA, Warden, FCI
Edgefield, Respondent—
Appellee,**

and

**Federal Bureau of Prisons,
Respondent.**

No. 09–6635.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 2, 2009.

Johnny Wayne Gay, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Wayne Gay, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gay v. La-Manna*, No. 2:08–cv–03624–GRA, 2009 WL 790336 (D.S.C. Mar. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*